# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIE DAVIS,<br><br>                Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>                Defendant. | 8:23CV273<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 44) is granted and Jacob C. Harksen is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Jacob C. Harksen in this case.

Dated this 27th day of February, 2025.

                                                BY THE COURT:

                                                s/Michael D. Nelson<br>
                                                United States Magistrate Judge